USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                                                                 :
  UNITED STATES OF AMERICA,                            :
                                                                 :
                                                                 :
                                                                 :
                                                                 :                 1:17-cr-00667-GHW
                                                                 :
          -v-                                          :
                                                                 :                 ORDER
BENJAMIN CHOW,                                                   :
                                                                 :
            Defendant.     :
                                                                 :
                                                                 :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

For the reasons set forth on the record at the conference held on February 9, 2018, Defendant's motion to quash, Dkt. No. 28, is denied. Defendant's motion for a bill of particulars, Dkt. No. 32, is granted in part and denied in part. The Government is directed to submit a bill of particulars with respect to: (i) the identity of known co-conspirators; and (ii) the trades it contends are unlawful. The Government shall file its bill of particulars no later than February 23, 2018.

The parties are reminded that the proposed verdict forms, proposed *voir dire* questions, and any motions *in limine*, are due no later than February 16, 2018. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed.

The Court understands that the Government will provide its proposed requests to charge to Mr. Chow no later than February 15, 2018, and Mr. Chow will provide his proposed modifications to the requests to charge to the Government no later than February 21, 2018. The parties must

submit the complete set of proposed requests to charge, together with letter briefs setting forth their views on any disagreements, no later than February 26, 2018.

Further, as discussed at the February 9, 2018 conference, the Government will produce its exhibits and witness list to Mr. Chow no later than March 12, 2018. The Government will produce its draft summary charts to Mr. Chow no later than March 19, 2018. Mr. Chow will produce his Federal Rule of Criminal Procedure 16 and 26.2 materials to the Government no later than March 26, 2018, and will produce his witness list and any objections to the Government's draft translations no later than April 2, 2018.

Except as expressly modified by this order, the Court's November 8, 2017 order, Dkt. No. 9, remains in effect.

The Clerk of Court is directed to close the motions pending at Dkt. Nos. 28 and 32.

SO ORDERED.

Dated: February 12, 2018
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2